**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 1 1 2001



LORETTA K. BETHEA
4610 COLONEL FENWICK PLACE
UPPER MARLBORO, MARYLAND 20772
301 627-7139

**JURY ACTION**

CASE NUMBER   1:01CV01513

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 07/11/2001

**ECF**

V

AMTRAK POLICE DEPARTMENT
50 MASSACHUSETTS AVENUE N.E,.
WASHINGTON, D.C.  200002

## Complaint

This is a notice of pleading that I was discriminated against by the Amtrak Police Department

because of my race and my gender under Title VII .  Amtrak has made it a practice of conducting

unfair treatment between black and white and male and female.  The same offense or violation

committed by one will result in a different outcome in regard to discipline for another.

At present date this practice remains the same.  Violations committed by Officers range from

reporting to work late, to not showing up for work even after notification was made that they

would be in, and leaving before the shift is over.

These are all violations of the Amtrak Police Department Policy according to the Patrol Guide

and The Agreement Between the National Railroad Passenger Corporation and the American

Federation of Railroad Police.

1

Other inequalities exist within the Amtrak Police Department that pertain to how positions and promotions are decided. Certain Officers are not qualified for positions and are selected even though they do not meet the requirements. On an occasion a position was taken away from a minority and given to a white officer.

Officers involved in excessive force, over the speed limit driving, disorderly conduct and other types of behavior are covered up and not documented in their personnel files; allowing the incident to go undocumented and the Officer and untouched .

I am asking the Court to be reinstated as Police Officer with full police powers as before, back pay from the month of November 2000, any overtime that I would have earned during Thanksgiving, Christmas, and New Year's. I am also asking for Compensatory and Punitive damages.

I am also requesting a trial by jury.

$500,000 is the amount that I am requesting for being discriminated against because of my race and gender under VII, the humiliation, the inconvenience, and my three children did not have normal Christmas including gifts during the season .

Ms. Loretta Bethea *Loretta Bethea*
4610 Colonel Fenwick PL
Upper Marlboro, MD 20772
301 627-7139

EEOC Form 161 (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Loretta K. Bethea**
      **4610 Colonel Fenwick Place**
      **Upper Marlboro, MD 20772**

      *4610 ColoneL FenwicK PL*

From:   **U.S. Equal Employment Opportunity Commission**
        **Washington Field Office**
        **1400   L Street, NW, Suite 200**
        **Washington, DC 20005**

[ ]   *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100 A1 0315 | Silvio G. Fernandez, Deputy Director | (202) 275-7377 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ · ]   You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ X ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### -- NOTICE OF SUIT RIGHTS --
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:**  This will be the only notice of dismissal and of your right to sue that we will send you.  You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge.  **If you decide to sue, you must sue WITHIN 90 DAYS** from your receipt of this **Notice.**  Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**  (If you file suit, please send a copy of your court complaint to this office.)

On behalf of the Commission

**TULIO L. DIAZ, DIRECTOR**

APR 1 1 2001

*(Date Mailed)*

Enclosure(s)

Information Sheet
Copy of Charge

cc:   Mr. Andrew McCallum
      Manager EEO
      AMTRAK
      60 Massachusetts Avenue, N.E.
      Washington, DC 20002