UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LORETTA K. BETHEA,               )
                    Plaintiff,   )
                                 )
                                 )   Civil Action No. 01-1513 EGS
        v.                       )
                                 )   **FILED**
                                 )
AMTRAK POLICE DEPARTMENT,        )
                    Defendants.  )   JUL 3 1 2001
                                 )
                                 )   NANCY MAYER WHITTINGTON, CLERK
                                     U.S. DISTRICT COURT

## ORDER

Your correspondence received on July 30, 2001, is hereby returned.  Any effort to communicate with the Court shall be in accordance with the applicable Federal and local rules of civil procedures.  See also Local Civil Rule 5.1(a) and (b) (except when requested by a judge, correspondence shall not be directed to a judge).  **All papers relating to a pending action shall be filed with the Clerk of the Court, unless otherwise directed by the Court.**

Date: 7/31/01

EMMET G. SULLIVAN
U.S. DISTRICT JUDGE

ENCLOSURE

Timothy B. Fleming, Esquire
Gordon, Silberman, Wiggins & Childs, P.C.
1621 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20009

