IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————————
)
LORETTA K. BETHEA                                    )
)
v.                                       )        Case No. 1:01CV01513 (EGS)
)        Judge Sullivan
AMTRAK POLICE DEPARTMENT                  )
————————————————————————)

DEFENDANT AMTRAK'S ANSWER TO COMPLAINT

Defendant Amtrak Police Department[1]  ("Amtrak" or "Defendant"), by and through

undersigned counsel, hereby answers Plaintiff Loretta Bethea's ("Ms. Bethea" or "Plaintiff")

Complaint.  The Complaint does not contain numbered paragraphs with specific allegations.

Amtrak, therefore, answers that it has not discriminated against Ms. Bethea in any manner, and

denies each and every allegation contained in the Complaint.

Amtrak admits that Plaintiff requests a trial by jury.  Whether trial by jury is available to

Plaintiff is a legal conclusion to which no response is required.

Amtrak denies that Plaintiff is entitled to any relief as requested in her Complaint.

AFFIRMATIVE DEFENSES

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      The Complaint is barred in whole or in part by the applicable statutes of

limitations or limitations period.

---

[1]      Plaintiff has named the Amtrak Police Department as the defendant in this case.
The Amtrak Police Department, however, is a department within the National
Railroad Passenger Corporation (commonly known as "Amtrak").  Accordingly,
Amtrak is the proper defendant in this case.

3.      All actions taken by Defendant with regard to Plaintiff's employment were based on legitimate, non-discriminatory reasons.

4.      Amtrak denied Plaintiff's application for the position of Police Officer because she failed to satisfactorily complete her probationary employment period.

5.      Plaintiff failed to mitigate damages.

WHEREFORE, Defendant requests that this matter be dismissed, that Plaintiff's prayer for relief be denied, and that Defendant be awarded its costs and attorney's fees expended in the defense of this action and such other relief as the Court may deem just and appropriate.

Date:   September 6, 2001

Respectfully submitted,

_____
Grace E. Speights, Esq. (D.C. Bar # 392091)
Robyn B. Weiss, Esq. (D.C. Bar # 465107)
Morgan, Lewis & Bockius LLP
1800 M Street, N.W.
Washington, D.C. 20036
(202) 467-7189

Melissa Rogers, Esq. (D.C. Bar # 436189)
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-2066

Attorneys for Defendant
National Railroad Passenger Corporation

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant Amtrak's Answer to Complaint was served

this 6th day of September, 2001, via first class mail to:

Loretta K. Bethea
4610 Colonel Fenwick Place
Upper Marlboro, MD 20772

_____
Robyn B. Weiss