IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
2002 MAY -9  PM 4: 44

NANCY M.
MAYER-WHITTINGTON
CLERK

ECF

LORETTA K. BETHEA,

    Plaintiff,

v.

AMTRAK POLICE DEPARTMENT,

    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 1:01CV01513 (RW)
Judge Walton

## JOINT MOTION TO CONSOLIDATE
## FOR PURPOSES OF PRETRIAL PROCEEDINGS AND DISCOVERY

Pursuant to Fed. R. Civ. P. 42(a), Plaintiff, through her undersigned attorney, along with the

Defendant, through its undersigned attorneys, hereby move this Court to consolidate Plaintiff's

claims with the pending suit styled *Campbell, et al. v. National Railroad Passenger Corporation*,

No. 1:99CV02979 (EGS), for purposes of pretrial proceedings and discovery.

The grounds for this motion are set forth in the attached memorandum.

Respectfully submitted this 9th day of May, 2002.

Timothy B. Fleming (DC Bar No. 351114)
GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
7 Dupont Circle, NW, Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

_(signature)_ (LBK)

Avis E. Buchanan (DC Bar No. 365208)
Warren K. Kaplan (DC Bar No. 034470)
Susan E. Huhta (DC Bar No. 4534478)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (facsimile)

*ATTORNEYS FOR THE PLAINTIFF*

_(signature)_ (w/permission LBK)

Grace E. Speights (DC Bar No. 392091)
Robyn Weiss (DC Bar No. 465107)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (facsimile)

Melissa Rogers (DC Bar No. 436189)
Associate General Counsel
**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE
Washington, D.C. 20002
(202) 906-2066

*ATTORNEYS FOR DEFENDANT*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LORETTA K. BETHEA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:01CV01513 (RW) |
| | ) | Judge Walton |
| **AMTRAK POLICE DEPARTMENT,** | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONSOLIDATE**
**FOR PURPOSES OF PRETRIAL PROCEEDINGS AND DISCOVERY**

Plaintiff, through her undersigned attorneys, along with the Defendant, and through its

undersigned attorneys, hereby submit this memorandum in support of their Joint Motion to

Consolidate For Purposes of Pretrial Proceedings and Discovery. The parties seek to consolidate

the instant case with a pending suit styled *Campbell, et al. v. National Railroad Passenger*

*Corporation*, No. 1:99CV02979 (EGS) ("the *Campbell* class action").

**I.      BACKGROUND AND FACTS**

On July 11, 2001, Loretta Bethea ("Bethea") filed suit, *pro se,* against the Amtrak Police

Department ("Amtrak")[1] alleging discrimination based upon her race and gender. In particular,

Bethea alleged that her termination for excessive absenteeism was based upon her race and gender

and further alleged that white and male employees who arrived to work late and or left work early

were not subjected to the same discipline, or ultimately terminated as was Bethea.

---

[1]Although Bethea named "Amtrak Police Department" as the defendant in the instant
action, the Amtrak Police Department is a department within the National Railroad Passenger
Corporation. The National Railroad Passenger Corporation is the proper defendant. See
Defendant's Answer to *Bethea* Complaint. Therefore, when referring to the Defendant as
Amtrak, the parties hereby use the names synonymously as the defendants are one in the same.

In a separate case, originally filed in November 1999 and currently pending in this Court before the Honorable Emmit G. Sullivan, 72 named Plaintiffs filed suit against Amtrak alleging class claims of race discrimination. *Campbell, et al. v. National Railroad Passenger Corporation*, No. 1:99CV02979 (EGS). The *Campbell* class action includes claims of discrimination in termination and disparate treatment similar to those claims raised by Bethea.[2] Although the *Campbell* case has not been certified as a class action, the allegations in the *Campbell* Amended Complaint include the Amtrak Police Department and, in the absence of her *pro se* complaint, Plaintiff Bethea would be a member of the putative class alleged in *Campbell*.

After Bethea filed her individual case against Amtrak, Amtrak filed a Motion For Extension Of Time To Respond To Complaint in which it requested the Court to notify Bethea of the pending class case against Amtrak and to inform Bethea that Plaintiffs' counsel in *Campbell* would be willing to speak with Bethea regarding possible representation of her. Subsequent to the filing of that motion by Amtrak, Bethea contacted counsel for the *Campbell* class action. Under separate cover, Plaintiff's counsel in *Campbell* have filed herewith a notice of appearance in the instant action on behalf of Bethea.

## II.    ARGUMENT

This Court has the authority to consolidate Bethea's claims with the pending *Campbell* class action before the Honorable Emmit G. Sullivan.

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a). See also *Biochem Pharma, Inc. v. Emory Univ.*, 148 F. Supp. 2d 11, 13 (D.D.C. 2001) (consolidation is appropriate where two cases involve same underlying issue).

---

[2]Discovery has just begun over the past few months in the *Campbell* class action.

-2-

Additionally, where consolidation will provide convenience or will foster judicial economy and save the parties and litigants time and expense of litigating two separate cases, consolidation is appropriate. *Mylan Pharmaceuticals, Inc. v. Henney*, 94 F. Supp. 2d 36, 43 (D.D.C. 2000). Consolidation is particularly appropriate where neither party opposes consolidation as is true in this case. *Clarke v. Cash*, 840 F. Supp. 158 (D.D.C. 1993).

In both the *Campbell* class action and in Bethea's present case, issues regarding race discrimination in employment have been alleged against the same defendant. In both cases, the plaintiffs have alleged discrimination in termination and have alleged disparate treatment in the terms and conditions of their employment, including, specifically with regard to discipline. Therefore, questions of law in the instant case, specifically, whether Amtrak's employment policies and actions against Bethea are racially discriminatory, are common to the questions raised in the *Campbell* class action. Moreover, discovery into Amtrak's discipline and termination policies is just beginning in *Campbell*. Thus, common issues of fact and law are raised in *Campbell* and Bethea's individual case, and consolidation would promote judicial economy and conservation of the parties' resources. Thus, consolidation of the two cases for purposes of discovery and pretrial proceedings is warranted. Whether consolidation for purposes of trial is appropriate may be deferred.

## III.   CONCLUSION

For the foregoing reasons, the Plaintiff and Defendant jointly request that the parties' Joint Motion To Consolidate For Purposes Of Pretrial Proceedings And Discovery be granted.

Respectfully submitted this 9th day of May, 2002.

Timothy B. Fleming (DC Bar No. 351114)
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 Dupont Circle, NW, Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Avis E. Buchanan (DC Bar No. 365208)
Warren K. Kaplan (DC Bar No. 034470)
Susan E. Huhta (DC Bar No. 4534478)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (facsimile)

*ATTORNEYS FOR THE PLAINTIFF*

Grace E. Speights (DC Bar No. 392091)
Robyn Weiss (DC Bar No. 465107)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (facsimile)

Melissa Rogers (DC Bar No. 436189)
Associate General Counsel
**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE
Washington, D.C. 20002
(202) 906-2066

*ATTORNEYS FOR DEFENDANT*

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 9th day of May, 2002, that a true and correct copy of the foregoing Joint Motion to Consolidate For Purposes of Pretrial Proceedings and Discovery, Memorandum in support thereof, and a proposed Order have been served via First-Class U.S. Mail, postage pre-paid, on the following:

Grace E. Speights, Esquire
Robyn Weiss, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Melissa Rogers
Associate General Counsel
**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE
Washington, D.C.  20002

_____
Lori B. Kisch