**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
LORETTA K. BETHEA,                  )
                                    )
           Plaintiff,               )
                                    )
     v.                             )        **Civil Action No. 01-1513 (RBW)**
                                    )
AMTRAK POLICE DEPARTMENT,           )
                                    )
           Defendant.               )
_____)

## ORDER

Currently before the Court is the parties' Joint Motion to Consolidate for Purposes of Pretrial

Proceedings and Discovery [#14].  In this motion, plaintiff Loretta Bethea and defendant, Amtrak

Police Department, state that they "seek to consolidate the instant case with a pending suit styled

Campbell, et al. v. National Railroad Passenger Corporation" that is currently pending before

Judge Sullivan of this Court, Case Number 99cv2979.  The parties agree that Ms. Bethea's claims

of race and gender discrimination are "similar" to the claims of 72 named plaintiffs who have

filed suit against Amtrak alleging class claims of race discrimination in the Campbell matter.  For

that reason, the parties seek to consolidate the two cases "for purposes of discovery and pretrial

proceedings" and state that "[w]hether consolidation for purposes of trial is appropriate may be

deferred."

The parties correctly note that pursuant to Federal Rule of Civil Procedure 42, a court may

order for the consolidation of actions when they "involv[e] a common question of law or fact

[and] are pending before the court . . . "  The parties, however, neglect to give practical effect to

the fact, in their motion to consolidate, that the Campbell action is not pending before this Court.

Pursuant to Local Civil Rule 40.5(d):

> Motions to consolidate cases assigned to different judges of
> this court shall be heard and determined by the judge to whom the
> earlier-numbered case is assigned.

In addition, any motion for consolidation for purposes of pretrial and discovery proceedings

should also be filed with the judge that had jurisdiction of the earlier filed matter.[1]  See Stewart

v. O'Neil, 225 F. Supp. 2d 16, 20-21 (D.D.C. 2002) (applying LCvR 40.5 to plaintiff's motion to

consolidate "for the purposes of pretrial and discovery proceedings.").  Accordingly, because the

Campbell litigation was pending prior to the filing of this action, this Court is without authority

to entertain the parties' motion to consolidate.

   **WHEREFORE**, it is hereby

   **ORDERED** that the parties' Joint Motion to Consolidate for Purposes of Pretrial Proceedings

and Discovery [#14] is denied without prejudice.  It is further

   **ORDERED** that the parties' shall inform this Court within thirty days of the date of this order

whether they intend to proceed with this matter before this Court or intend to seek consolidation

before Judge Sullivan in the Campbell matter.

   **SO ORDERED** on this ___ day of March, 2003.

                                   REGGIE B. WALTON
                                   United States District Judge

---

[1]This matter was previously assigned to Judge Sullivan but was reassigned by the Calendar Committee to the undersigned judge on November 1, 2001.