IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2003 APR 30  PM 5: 00

NANCY M.
MAYER-WHITTINGTON
CLERK

|  |  |  |
|---|---|---|
| LORETTA K. BETHEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:01CV01513 (RW) |
| | ) | Judge Walton |
| AMTRAK POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of March 31, 2003, Plaintiff and Defendant, through their undersigned attorneys, hereby file this Joint Status Report. The parties intend to seek consolidation before Judge Sullivan in the *Campbell* matter. Simultaneous to the filing of this report, the parties have filed with the Honorable Emmet G. Sullivan, a Joint Motion To Consolidate For Purposes of Pretrial Proceedings and Discovery.

Respectfully submitted this 30th day of April, 2003.

Timothy B. Fleming (DC Bar No. 351114)
GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
7 Dupont Circle, NW, Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

_Warren K. Kaplan /ris w/p_

Warren K. Kaplan (DC Bar No. 034470)
Susan E. Huhta (DC Bar No. 4534478)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (facsimile)

*ATTORNEYS FOR THE PLAINTIFF*

_Robyn Weiss_

Grace E. Speights (DC Bar No. 392091)
Robyn Weiss (DC Bar No. 465107)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (facsimile)

Melissa Rogers (DC Bar No. 436189)
Associate General Counsel
**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE
Washington, D.C. 20002
(202) 906-2066

*ATTORNEYS FOR DEFENDANT*