# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7011**                                    **September Term, 2005**

**99cv02979**

**Filed On:**

Kenneth Campbell, et al.,
     Appellees

    v.

National Railroad Passenger Corporation,
     Appellant

International Brotherhood of Firemen & Oilers, et al.,
     Appellees



**BEFORE:**    Ginsburg, *Chief Judge*, and Sentelle and Randolph, *Circuit Judges*

## ORDER

Upon consideration of appellant's consent motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the Clerk of the district court a certified copy of this order in lieu of formal mandate.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    *Cheri Carter*
Cheri Carter
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _Cheri Carter_ Deputy Clerk