IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH CAMPBELL, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**NATIONAL RAILROAD** )<br>**PASSENGER CORPORATION,** )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:99CV02979 (EGS)<br><br>CLASS ACTION |

## JOINT MOTION REQUESTING CLARIFICATION OF COURT ORDER

Pursuant to your Honor's standing order, Plaintiffs Kenneth Campbell et al. and Defendant National Railroad Passenger Corporation ("Amtrak"), respectfully move the Court for clarification of the Court's February 15, 2018 order scheduling a hearing on the motions pending in this matter. In support of this motion, the parties state as follows:

1. On February 15, 2018, the Court *sua sponte* ordered a hearing on the motions pending in this matter.

2. Presently pending before the Court are Plaintiffs' Motion for Class Certification (Dkt. 303), Amtrak's Motion for Summary Judgment on Disparate Impact Claims (Dkt. 328), Amtrak's Motion for Order Excluding the Report and Testimony of Drs. Bradley and Fox (Dkt. 331), Amtrak's Motion for Order Excluding the Report and Testimony of Jay M Finkleman (Dkt. 319), Amtrak's Motion for Order Excluding the Report and Testimony of Thomas Roth (Dkt. 329), Amtrak's Motion for Order Striking in Part the Declarations of Certain Named Plaintiffs and Putative Class Members (Dkt. 330), and Amtrak's Motion to Strike Plaintiffs' New Arguments and Portions of the Declarations of Timothy Fleming and Robert Childs (Dkt. 353).

1

3. To ensure that the parties are prepared to address fully the issues most pertinent to the Court, the parties respectfully seek to clarify whether the Court intends to hear argument on each of the pending motions and/or whether there are particular topics on which the Court would like for the parties to focus.

WHEREFORE, the parties respectfully ask that the Court instruct the parties if there are particular motions or topics on which it would like the parties to focus during the April 2, 2018 hearing.

| | |
|---|---|
| Dated: March 14, 2018 | Respectfully submitted, |
| WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Timothy B. Fleming<br>Timothy B. Fleming (D.C. Bar No. 351114)<br>1850 M Street NW, Suite 720<br>Washington, DC 20036<br>(202) 467-4489 (phone)<br>(205) 314-0805 (facsimile)<br><br>Robert F. Childs (AL ASB-2223-C60R)<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>(205) 314-0500 (phone)<br><br>Matthew K. Handley (DC Bar No. 489946)<br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 319-1000 (phone)<br>(202) 319-1010 (facsimile)<br><br>*Attorneys for Plaintiffs* | By: /s/ Krissy A. Katzenstein<br>Grace E. Speights (D.C. Bar No. 392091)<br>Krissy A. Katzenstein (D.C. Bar No. 1002429)<br>1111 Pennsylvania Avenue NW<br>Washington, DC  20004<br>(202) 739-3000 (phone)<br>(202) 739-3001 (facsimile)<br>grace.speights@morganlewis.com<br>krissy.katzenstein@morganlewis.com<br><br>*Attorneys for Defendant*<br>*National Railroad Passenger Corporation* |